1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

9

MICHAEL HAWKINS,

Plaintiff,

CASE NO.  C09-5066 FDB

10

ORDER

11

v.

12

13

MICHAEL ASTRUE, Commissioner of
Social Security,

14

Defendant.

15

16

After reviewing the Stipulation for Extension of Time and the agreement of the parties to

17

extend the court's briefing schedule (Doc. 14), the court hereby directs counsel to conform to the

18

following new briefing schedule:

19

Plaintiff's Opening Brief shall be filed on or before July 14, 2009, Defendant's Answering

20

Brief shall be filed on or before August 25, 2009, and Plaintiff's Reply Brief shall be filed on or

21

before September 8, 2009.   Any request for oral argument shall be submitted no later than

22

September 15, 2009.

23

24

DATED this 17th day of June, 2009.

25

26

J. Richard Creatura
United States Magistrate Judge

ORDER - 1