IN THE UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHAEL HAWKINS,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | Civil No. 3:09-CV-5066-FDB-JRC<br><br><br>ORDER AMENDING THE BRIEFING SCHEDULE |

Based upon the motion by Defendant, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant's answering brief shall be filed on or before September 24, 2009;
- Plaintiff's Reply Brief shall be filed on or before October 8, 2009;
- Any request for oral argument shall be filed on or before October 15, 2009.

The Court will require a showing of good cause prior to granting any further requests for extensions.

DATED this 24th day of August 2009.

J. Richard Creatura
United States Magistrate Judge

Page 1    ORDER - [3:09-CV-5066-FDB-JRC]