UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHAEL J. HAWKINS, | ) |
| | ) CIVIL NO. C09-5066 FDB |
| Plaintiff, | ) |
| | ) ORDER FOR EAJA FEES, COSTS AND |
| vs. | ) EXPENSES |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| | ) |

THIS MATTER having come on regularly before the Court on Plaintiff's Motion to Award EAJA Fees, Costs, and Expenses, the Defendant not opposing said motion, and the Court agreeing that EAJA fees, costs, and expenses should be awarded, good cause having been shown, now, therefore, it is hereby

ORDERED that Plaintiff is hereby awarded EAJA fees of $4,131.79 and expenses of $52.28 pursuant to 28 U.S.C. §2412 and costs of $38.40 as set out at 28 U.S.C. §1920, payable to Plaintiff's attorney Michael C. Blanton.

DATED this 10th day of November, 2009.

_(signature)_

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE